The Honorable Karen L. Strombom

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| KATIE MARIE WASTRADWOSKI, an Individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>JOHN KEY, Individually and as CITY OF VANCOUVER POLICE OFFICER; BRIAN J. MARTINEK, Individually and as CITY OF VANCOUVER CHIEF OF POLICE; and JOHN and JANE DOES 1-20,<br><br>        Defendants. | No. 05-5025 KLS<br><br>ORDER OF DISMISSAL |

THIS MATTER having come before the Court this 29th day of December, 2005, upon the stipulation of the parties, plaintiff, represented by and through her counsel, and defendants by and through their counsel, and the Court being advised that the parties have executed a mutually binding Settlement Agreement that directs that an Order be entered dismissing the above-captioned claim with prejudice and without an award of costs or attorney fees to any party;

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that United States District Court Western District of Washington Case Number No. 05-5025 KLS is hereby dismissed with prejudice, and without an award of costs or attorney fees for or against any of the parties.

ORDER OF DISMISSAL - 1

TED H. GATHE
CITY ATTORNEY
210 E. 13th STREET
VANCOUVER, WA  98668
(360) 696-8251

DATED this 29th day of December, 2005.

      s/ Karen L. Strombom
KAREN L. STROMBOM
UNITED STATES MAGISTRATE JUDGE

Agreed to and presented by:

/s Terry M. Weiner
Terry M. Weiner, WSBA No. 17887
Assistant City Attorney
Of Attorneys for Defendants Key and Martinek

Agreed to:

/s Beau D. Harlan
Beau D. Harlan, WSBA No. 23924
Of Attorneys for Plaintiff

ORDER OF DISMISSAL - 2